No. 85–282. MATURO ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 85–335. DI NAPOLI *v.* NORTHEAST REGIONAL PAROLE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. 

No. 85–379. OHIO NEW & REBUILT PARTS, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. 

No. 85–413. BLACKWOOD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 85–458. SCHIAVONE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 85–466. SOFT DRINK WORKERS, LOCAL 812, ET AL. *v.* MONARCH LONG BEACH CORP.; and
No. 85–667. MONARCH LONG BEACH CORP. *v.* SOFT DRINK WORKERS, LOCAL 812, ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 762 F. 2d 228.

No. 85–538. MEDFORD ASSEMBLY OF GOD *v.* CITY OF MEDFORD, OREGON. Ct. App. Ore. Certiorari denied. 

No. 85–622. PIETRONIRO ET AL. *v.* BOROUGH OF OCEANPORT ET AL. C. A. 3d Cir. Certiorari denied. 

No. 85–623. DALLAS COUNTY, TEXAS, ET AL. *v.* CRANE; and
No. 85–646. WADE *v.* CRANE. C. A. 5th Cir. Certiorari denied. Reported below: 759 F. 2d 412 and 766 F. 2d 193.

No. 85–626. ACCIDENT FUND ET AL. *v.* BAERWALDT, COMMISSIONER OF INSURANCE OF THE STATE OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 85–631. CAPRITO ET AL. *v.* MAYHEW, AKA CAPRITO, ET AL. Sup. Ct. La. Certiorari denied. 

No. 85–640. HUGHES ET AL. *v.* HOUSTON NORTHWEST MEDICAL CENTER, INC., ET AL. Ct. App. Tex., 1st Sup. Jud. Dist. Certiorari denied.